THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONNY STOREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | NO. 2:23-CV-01529-KKE<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS DEFENDANT AMAZON.COM, INC. AND SET BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 11, 2023 |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff Tonny Storey and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order dismissing defendant Amazon.com, Inc. without prejudice from this lawsuit, and setting a briefing schedule for Amazon.com Services LLC's anticipated motion to dismiss. In support of the foregoing request for relief, the Parties state as follows:

1.      On September 15, 2023, Tonny Storey filed a putative class action complaint ("the Complaint") against Amazon.com, Inc. and Amazon.com Services LLC ("the Defendants") in the Superior Court of Washington for King County. Defendants timely filed a Notice of Removal, removing the matter to this Court (Dkt. 1).

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS DEFENDANT AMAZON.COM, INC. AND SET BRIEFING SCHEDULE (No. 2:23-cv-01529-KKE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2.      Defendants' current deadline to respond to the Complaint is October 11, 2023 (FRCP 81(c)).

3.      On October 3, 2023, the Parties' counsel engaged in a telephone call whereupon Defendants requested additional time to answer or otherwise respond to the Complaint, and explained that Amazon.com, Inc. was not a proper defendant and that Amazon.com Services LLC would be the proper defendant, if any.

4.      Moreover, the Parties conferred and agreed that in light of the travel schedules of their respective counsel and the upcoming holiday season, a modified/extended briefing schedule would be appropriate.

5.      Accordingly, the Parties stipulate and respectfully move the Court to enter an order enter an order dismissing defendant Amazon.com, Inc. without prejudice from this lawsuit, and setting a briefing schedule for Amazon.com Services LLC's anticipated motion to dismiss:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Defendant's motion to dismiss | October 11, 2023 | December 1, 2023 |
| Deadline for Plaintiff's Opposition to Motion to Dismiss | N/A | January 19, 2024 |
| Deadline for Defendant's Reply in Support of Motion to Dismiss | N/A | February 9, 2024 |

6.      The Parties have not sought any prior extension of time and the proposed briefing schedule will not impact any previously scheduled dates in this matter.

STIPULATED MOTION AND [PROPOSED]
ORDER TO DISMISS AMAZON.COM, INC. AND
SET BRIEFING SCHEDULE
(No. 2:23-cv-01529-KKE) –2

1    DATED:  October 11, 2023

2    By: s/ *Charles C. Sipos*                    By: s/ *Scott D. Gilchrist*
         Charles C. Sipos, Bar No. 32825              Scott D. Gilchrist (*pro hac vice*
3        Ellie F. Chapman, Bar No. 55881             forthcoming)
                                                      Irwin B. Levin (*pro hac vice*
4    **PERKINS COIE LLP**                            forthcoming)
     1201 Third Avenue, Suite 4900                **COHEN & MALAD, LLP**
5    Seattle, Washington 98101                    One Indiana Square, Ste. 1400
     Telephone: +1.206.359.8000                   Indianapolis, IN 46204
6    Facsimile: +1.206.359.9000                   Telephone: +1.317.636.6481
     CSipos@perkinscoie.com                       sgilchrist@cohenandmalad.com
7    EChapman@perkinscoie.com                     ilevin@cohenandmalad.com

8    *Counsel for Defendants Amazon.com, Inc.*    Adam J. Berger, Bar No. 20714
     *and Amazon.com Services LLC*                Lindsay L. Halm, Bar No. 37141
9                                                 Lily Ramseyer, Bar No. 57012
                                                  **SHROETER GOLDMARK &**
10                                                **BENDER**
                                                  401 Union Street, Ste. 3400
11                                                Seattle, WA 98101
                                                  Telephone: +1.206.622.8000
12                                                berger@sgb-law.com
                                                  halm@sgb-law.com
13                                                ramseyer@sgb-law.com

14                                                *Counsel for Plaintiff*
15                                                *Tonny Storey*

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED]
ORDER TO DISMISS AMAZON.COM, INC. AND
SET BRIEFING SCHEDULE
(No. 2:23-cv-01529-KKE) –3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated this _____ day of October, 2023.

_____
HONORABLE KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Presented by:

By:  s/ *Charles C. Sipos*
    Charles C. Sipos, Bar No. 32825
    Ellie F. Chapman, Bar No. 55881
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    CSipos@perkinscoie.com
    EChapman@perkinscoie.com

*Counsel for Defendants*
*Amazon.com, Inc. and Amazon.com Services*
*LLC*

By:  s/ *Scott D. Gilchrist*
    Scott D. Gilchrist (*pro hac vice*
    forthcoming)
    Irwin B. Levin (*pro hac vice*
    forthcoming)
    **COHEN & MALAD, LLP**
    One Indiana Square, Ste. 1400
    Indianapolis, IN 46204
    Telephone: +1.317.636.6481
    sgilchrist@cohenandmalad.com
    ilevin@cohenandmalad.com

STIPULATED MOTION AND [PROPOSED]
ORDER TO DISMISS AMAZON.COM, INC. AND
SET BRIEFING SCHEDULE
(No. 2:23-cv-01529-KKE) –4

1

2        Adam J. Berger, Bar No. 20714
Lindsay L. Halm, Bar No. 37141

3        Lily Ramseyer, Bar No. 57012
**SHROETER GOLDMARK & BENDER**

4        401 Union Street, Ste. 3400
Seattle, WA 98101

5        Telephone: +1.206.622.8000
berger@sgb-law.com

6        halm@sgb-law.com
ramseyer@sgb-law.com

7

8        *Counsel for Plaintiff*
*Tonny Storey*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED]
ORDER TO DISMISS AMAZON.COM, INC. AND
SET BRIEFING SCHEDULE
(No. 2:23-cv-01529-KKE) –5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000