THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONNY STOREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | NO. 2:23-CV-01529-KKE<br><br>**STIPULATED MOTION AND ORDER TO DISMISS DEFENDANT AMAZON.COM, INC. AND SET BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 11, 2023 |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff Tonny Storey and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order dismissing defendant Amazon.com, Inc. without prejudice from this lawsuit, and setting a briefing schedule for Amazon.com Services LLC's anticipated motion to dismiss. In support of the foregoing request for relief, the Parties state as follows:

1. On September 15, 2023, Tonny Storey filed a putative class action complaint ("the Complaint") against Amazon.com, Inc. and Amazon.com Services LLC ("the Defendants") in the Superior Court of Washington for King County. Defendants timely filed a Notice of Removal, removing the matter to this Court (Dkt. 1).



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. Defendants' current deadline to respond to the Complaint is October 11, 2023 (FRCP 81(c)).

3. On October 3, 2023, the Parties' counsel engaged in a telephone call whereupon Defendants requested additional time to answer or otherwise respond to the Complaint, and explained that Amazon.com, Inc. was not a proper defendant and that Amazon.com Services LLC would be the proper defendant, if any.

4. Moreover, the Parties conferred and agreed that in light of the travel schedules of their respective counsel and the upcoming holiday season, a modified/extended briefing schedule would be appropriate.

5. Accordingly, the Parties stipulate and respectfully move the Court to enter an order enter an order dismissing defendant Amazon.com, Inc. without prejudice from this lawsuit, and setting a briefing schedule for Amazon.com Services LLC's anticipated motion to dismiss:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Defendant's motion to dismiss | October 11, 2023 | December 1, 2023 |
| Deadline for Plaintiff's Opposition to Motion to Dismiss | N/A | January 19, 2024 |
| Deadline for Defendant's Reply in Support of Motion to Dismiss | N/A | February 9, 2024 |

6. The Parties have not sought any prior extension of time and the proposed briefing schedule will not impact any previously scheduled dates in this matter.



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

DATED: October 11, 2023

By: *s/ Charles C. Sipos*
Charles C. Sipos, Bar No. 32825
Ellie F. Chapman, Bar No. 55881
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
CSipos@perkinscoie.com
EChapman@perkinscoie.com

*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

By: *s/ Scott D. Gilchrist*
Scott D. Gilchrist (*pro hac vice* forthcoming)
Irwin B. Levin (*pro hac vice* forthcoming)
**COHEN & MALAD, LLP**
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: +1.317.636.6481
sgilchrist@cohenandmalad.com
ilevin@cohenandmalad.com

Adam J. Berger, Bar No. 20714
Lindsay L. Halm, Bar No. 37141
Lily Ramseyer, Bar No. 57012
**SHROETER GOLDMARK & BENDER**
401 Union Street, Ste. 3400
Seattle, WA 98101
Telephone: +1.206.622.8000
berger@sgb-law.com
halm@sgb-law.com
ramseyer@sgb-law.com

*Counsel for Plaintiff Tonny Storey*

**ORDER**

The parties' stipulated motion (Dkt. No. 8) is GRANTED. Defendant Amazon.com, Inc., is DISMISSED without prejudice. Defendant Amazon.com Services LLC may file a motion to dismiss no later than December 1, 2023; Plaintiff may file an opposition to that motion no later than January 19, 2024; and Defendant may file a reply no later than February 9, 2024.

Dated this 11th day of October, 2023.

Kymberly K. Evanson
United States District Judge

Presented by:

By: s/ *Charles C. Sipos*
Charles C. Sipos, Bar No. 32825
Ellie F. Chapman, Bar No. 55881
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
CSipos@perkinscoie.com
EChapman@perkinscoie.com

*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

By: s/ *Scott D. Gilchrist*
Scott D. Gilchrist (*pro hac vice* forthcoming)
Irwin B. Levin (*pro hac vice* forthcoming)
**COHEN & MALAD, LLP**
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: +1.317.636.6481
sgilchrist@cohenandmalad.com
ilevin@cohenandmalad.com

Adam J. Berger, Bar No. 20714
Lindsay L. Halm, Bar No. 37141
Lily Ramseyer, Bar No. 57012
**SHROETER GOLDMARK & BENDER**
401 Union Street, Ste. 3400
Seattle, WA 98101
Telephone: +1.206.622.8000
berger@sgb-law.com
halm@sgb-law.com
ramseyer@sgb-law.com

*Counsel for Plaintiff*
*Tonny Storey*



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000