THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONNY STOREY, individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

AMAZON.COM SERVICES LLC,

    Defendant.

NO. 2:23-CV-01529-KKE

**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE**

## STIPULATION

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff Tonny Storey and Defendant Amazon.com Services LLC (collectively, "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order extending the deadlines contained in the Court's October 11, 2023 Order by two business days. Dkt. 9. In support of the foregoing request for relief, the Parties state as follows:

1. On September 15, 2023, Tonny Storey filed a putative class action complaint ("the Complaint") against Amazon.com, Inc. and Amazon.com Services LLC ("the Defendants") in the Superior Court of Washington for King County. Defendants timely filed a Notice of Removal, removing the matter to this Court, Dkt. 1.

2. On October 11, 2023, the Parties filed a stipulated motion to dismiss Amazon.com, Inc. from this action and to set a briefing schedule for Amazon.com Services

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE (No. 2:23-cv-01529-KKE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

LLC's anticipated motion to dismiss. The Court granted the Parties' motion on October 11, 2023, Dkt. 9.

3.  Defendant's deadline to respond to the Complaint is December 1, 2023. Dkt 9. Plaintiff's deadline to file an opposition is January 19, 2024, and Defendant's reply deadline is February 9, 2024. *Id.*

4.  On November 30, 2023, the Parties' counsel engaged in a telephone call whereupon Defendant requested a modest extension of two business days to respond to the Complaint. The Parties agreed that the remaining briefing schedule for the anticipated motion to dismiss would also be extended by two business days.

5.  Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending the briefing schedule for Defendant's anticipated motion to dismiss as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Defendant's motion to dismiss | December 1, 2023 | December 5, 2023 |
| Deadline for Plaintiff's Opposition to Motion to Dismiss | January 19, 2024 | January 23, 2024 |
| Deadline for Defendant's Reply in Support of Motion to Dismiss | February 9, 2024 | February 13, 2024 |

6.  The Parties have sought one prior extension of Defendant's deadline to respond to the Complaint, *see* Dkt. 8. Aside from altering the dates set in the Court's October 11, 2023 Order (Dkt. 9), the proposed briefing schedule will not impact any other previously scheduled dates in this matter.

STIPULATED MOTION AND
ORDER TO EXTEND BRIEFING SCHEDULE
(No. 2:23-cv-01529-KKE) –2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  DATED: December 1, 2023

2  By: s/ *Charles C. Sipos*  |  By: s/ *Scott D. Gilchrist*
   Charles C. Sipos, Bar No. 32825  |  Scott D. Gilchrist (*pro hac vice* forthcoming)
   Ellie F. Chapman, Bar No. 55881  |  Irwin B. Levin (*pro hac vice* forthcoming)
   **PERKINS COIE LLP**  |  **COHEN & MALAD, LLP**
   1201 Third Avenue, Suite 4900  |  One Indiana Square, Ste. 1400
   Seattle, Washington 98101  |  Indianapolis, IN 46204
   Telephone: +1.206.359.8000  |  Telephone: +1.317.636.6481
   Facsimile: +1.206.359.9000  |  sgilchrist@cohenandmalad.com
   CSipos@perkinscoie.com  |  ilevin@cohenandmalad.com
   EChapman@perkinscoie.com

   *Counsel for Defendant*  |  Adam J. Berger, Bar No. 20714
   *Amazon.com Services LLC*  |  Lindsay L. Halm, Bar No. 37141
   |  Lily Ramseyer, Bar No. 57012
   |  **SHROETER GOLDMARK & BENDER**
   |  401 Union Street, Ste. 3400
   |  Seattle, WA 98101
   |  Telephone: +1.206.622.8000
   |  berger@sgb-law.com
   |  halm@sgb-law.com
   |  ramseyer@sgb-law.com

   |  *Counsel for Plaintiff*
   |  *Tonny Storey*

STIPULATED MOTION AND
ORDER TO EXTEND BRIEFING SCHEDULE
(No. 2:23-cv-01529-KKE) –3

**ORDER**

The parties' stipulated motion (Dkt. No. 15) is GRANTED.  Defendant may file a motion to dismiss no later than December 5, 2023.  Plaintiff may file an opposition no later than January 23, 2024.  Defendant may file a reply no later than February 13, 2024.

Dated this 1st day of December, 2023.

*[signature]*

Kymberly K. Evanson
United States District Judge

Presented by:

By: s/ *Charles C. Sipos*
    Charles C. Sipos, Bar No. 32825
    Ellie F. Chapman, Bar No. 55881
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    CSipos@perkinscoie.com
    EChapman@perkinscoie.com

*Counsel for Defendant*
*Amazon.com Services LLC*

By: s/ *Scott D. Gilchrist*
    Scott D. Gilchrist (*pro hac vice* forthcoming)
    Irwin B. Levin (*pro hac vice* forthcoming)
    **COHEN & MALAD, LLP**
    One Indiana Square, Ste. 1400
    Indianapolis, IN 46204
    Telephone: +1.317.636.6481
    sgilchrist@cohenandmalad.com
    ilevin@cohenandmalad.com

    Adam J. Berger, Bar No. 20714
    Lindsay L. Halm, Bar No. 37141
    Lily Ramseyer, Bar No. 57012
    **SHROETER GOLDMARK & BENDER**
    401 Union Street, Ste. 3400
    Seattle, WA 98101
    Telephone: +1.206.622.8000
    berger@sgb-law.com
    halm@sgb-law.com
    ramseyer@sgb-law.com

*Counsel for Plaintiff*
*Tonny Storey*

STIPULATED MOTION AND
ORDER TO EXTEND BRIEFING SCHEDULE
(No. 2:23-cv-01529-KKE) –4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000