1

2

3

4

5

6

7

THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

TONNY STOREY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMAZON.COM SERVICES, LLC,

Defendant.

No.  2:23-CV-01529-KKE

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**

15

16

17

18

19

20

21

22

23

24

25

26

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff Tonny Storey and Defendant Amazon.com Services LLC (collectively, "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order extending Plaintiff's deadline to file an amended complaint pursuant to F.R.C.P. 15(a)(1)(B) by two weeks, and setting a revised briefing schedule for Amazon.com Services LLC's anticipated motion to dismiss and request for judicial notice. In support of the foregoing request for relief, the Parties state as follows:

1.      On September 15, 2023, Tonny Storey filed a putative class action complaint ("the Complaint") against Amazon.com, Inc. and Amazon.com Services LLC ("the Defendants") in the Superior Court of Washington for King County. Defendants timely filed a Notice of Removal, removing the matter to this Court, Dkt. 1.

2.      On October 11, 2023, the Parties filed a stipulated motion to dismiss Amazon.com, Inc. from this action and to set a briefing schedule for Amazon.com Services

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE FOR FILING
AMENDED COMPLAINT AND SET
BRIEFING SCHEDULE – 1
(Case No. 2:23-CV-01529-KKE)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA  98101
Phone (206) 622-8000 • Fax (206) 682-2305

LLC's anticipated motion to dismiss. The Court granted the Parties' motion on October 11, 2023, Dkt. 9.

3.      On December 1, 2023, the Parties filed a stipulated motion to extend the previous briefing schedule by two business days. Dkt. 15.  The Court granted the Parties' motion on December 1, 2023, Dkt. 16.

4.      On December 5, 2023, Defendant filed its Rule 12(b)(6) Motion to Dismiss, Dkt. 17, and Request for Judicial Notice in Support, Dkt. 18. Under the current order, Plaintiff's deadline to file an opposition is January 23, 2024, and Defendant's reply deadline is February 13, 2024. Dkt. 16.

5.      Plaintiff has decided to amend his Complaint as a matter of course pursuant to Rule 15(a)(1)(B) in lieu of responding to Defendant's initial motion to dismiss. Under the Rule, his deadline to file the amended complaint is 21 days after the filing of the Rule 12(b) motion, on December 26, 2023.

6.      The Parties have conferred, and Plaintiff has requested a 2-week extension of the deadline to file his amended complaint in light of the intervening holidays, and proposed a modified briefing schedule for Defendant's anticipated revised motion to dismiss and request for judicial notice.

7.      Accordingly, the Parties stipulate and respectfully move the Court to enter an order withdrawing or deeming denied as moot Defendant's pending Motion to Dismiss and Request for Judicial Notice, and setting the following schedule for Plaintiff's amended complaint and briefing Defendant's anticipated revised motion to dismiss and request for judicial notice:

| Event | Proposed Deadline |
|---|---|
| Deadline for Plaintiff's Amended Complaint | January 9, 2024 |

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE FOR FILING
AMENDED COMPLAINT AND SET
BRIEFING SCHEDULE – 2
(Case No. 2:23-CV-01529-KKE)

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA  98101
Phone (206) 622-8000 ● Fax (206) 682-2305

| Deadline for Defendant's Motion to Dismiss and Request for Judicial Notice | February 9, 2024 |
|---|---|
| Deadline for Plaintiff's Opposition to Motion to Dismiss and Request for Judicial Notice | March 11, 2024 |
| Deadline for Defendant's Reply in Support of Motion to Dismiss and Request for Judicial Notice | April 1, 2024 |

8.      The Parties have sought the extensions set forth above, but have sought no previous extensions related to the Plaintiff's filing of an amended complaint. Aside from altering the dates set in the Court's December 1, 2023 Order (Dkt. 16), the proposed schedule will not impact any other previously scheduled dates in this matter.

DATED this 21st day of December, 2023.

SCHROETER GOLDMARK & BENDER

s/ Adam J. Berger
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141
Lily Ramseyer, WSBA #57012
401 Union Street, Suite 3400
Seattle, WA  98101
Phone:  (206) 622-8000
berger@sgb-law.com
halm@sgb-law.com
ramseyer@sgb-law.com

COHEN & MALAD, LLP

s/ Scott D. Gilchrist
Scott D. Gilchrist (admitted pro hac vice)
Irwin B. Levin (admitted pro hac vice)
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ilevin@cohenandmalad.com
sgilchrist@cohenandmalad.com

Counsel for Plaintiff Tonny Storey

PERKINS COIE LLP

s/ Charles C. Sipos
Charles C. Sipos, Bar No. 32825
Ellie F. Chapman, Bar No. 55881
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
CSipos@perkinscoie.com
EChapman@perkinscoie.com

Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE FOR FILING
AMENDED COMPLAINT AND SET
BRIEFING SCHEDULE – 3
(Case No. 2:23-CV-01529-KKE)

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA  98101
Phone (206) 622-8000 ● Fax (206) 682-2305

1

2

**ORDER**

3

The parties' joint motion (Dkt. No. 21) is GRANTED.  Defendant's motion to

4

dismiss (Dkt. No. 17) is DENIED as MOOT, and the Court sets the following deadlines:

5

6

| Event | Deadline |
|-------|----------|
| Deadline for Plaintiff's Amended Complaint | January 9, 2024 |
| Deadline for Defendant's Motion to Dismiss and Request for Judicial Notice | February 9, 2024 |
| Deadline for Plaintiff's Opposition to Motion to Dismiss and Request for Judicial Notice | March 11, 2024 |
| Deadline for Defendant's Reply in Support of Motion to Dismiss and Request for Judicial Notice | April 1, 2024 |

7

8

9

10

11

12

13

Dated this 22nd day of December, 2023.

14

15

16

Kymberly K. Evanson
United States District Judge

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE FOR FILING
AMENDED COMPLAINT AND SET
BRIEFING SCHEDULE – 4
(Case No. 2:23-CV-01529-KKE)

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA  98101
Phone (206) 622-8000 ● Fax (206) 682-2305

1

2

3

Presented by:

4

5
s/ *Adam J. Berger*
Adam J. Berger, WSBA #20714
Lindsay L. Halm, WSBA #37141

6
Lily Ramseyer, WSBA #57012
**SCHROETER GOLDMARK & BENDER**

7
401 Union Street, Ste. 3400
Seattle, WA 98101

8
Telephone: +1.206.622.8000
berger@sgb-law.com

9
halm@sgb-law.com
ramseyer@sgb-law.com

10

11
s/ *Scott D. Gilchrist*
Scott D. Gilchrist (*admitted pro hac vice*)
Irwin B. Levin (*admitted pro hac vice*)

12
**COHEN & MALAD, LLP**
One Indiana Square, Ste. 1400

13
Indianapolis, IN 46204
Telephone: +1.317.636.6481

14
sgilchrist@cohenandmalad.com
ilevin@cohenandmalad.com

15

16
*Counsel for Plaintiff*
*Tonny Storey*

17

18

19

20

21

22

23

24

25

26

s/ *Charles C. Sipos*
Charles C. Sipos, Bar No. 32825
Ellie F. Chapman, Bar No. 55881
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
CSipos@perkinscoie.com
EChapman@perkinscoie.com

*Counsel for Defendants*
*Amazon.com, Inc. and Amazon.com*
*Services LLC*

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE FOR FILING
AMENDED COMPLAINT AND SET
BRIEFING SCHEDULE – 5
(Case No. 2:23-CV-01529-KKE)