1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONNY STOREY, | CASE NO. C23-1529-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has reviewed the parties' joint status report, which documents *inter alia* the parties' disputes as to case scheduling.  Dkt. No. 19 at 4–7, 9–13.  The Court declines to enter a case schedule at this time and will provide further guidance on this issue after the forthcoming motion to dismiss is resolved.  To the extent that the parties continue to dispute whether discovery should be stayed while the motion to dismiss is pending (*id*. at 5–7, 9), the Court will consider any motion on this issue, if necessary.

Dated this 10th day of January 2024.

Ravi Subramanian
Clerk

*/s/ Serge Bodnarchuk*
Deputy Clerk

MINUTE ORDER - 1