THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONNY STOREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | NO. 2:23-CV-01529-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULES** |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), the Estate of Tonny Storey[1] and Defendant Amazon.com Services LLC ("Amazon"), by and through their respective attorneys, hereby move the Court to enter an order extending Amazon's deadline to respond to the Second Amended Complaint ("SAC") approximately 4 weeks until August 23, 2024, setting a revised briefing schedule for Amazon's anticipated Motion to Dismiss the SAC, and setting a briefing schedule for the Estate of Tonny Storey's anticipated Motion for Substitution under Rule 25(a)(1). In support of the foregoing request for relief, the Estate of Tonny Storey and Amazon state as follows:

---

[1] Amazon reserves the right to challenge the Estate of Tonny Storey as a proper plaintiff in this action, including under Fed. R. Civ. Pro. ("Rule") 25(a)(1), at the appropriate time including as described in this stipulated motion. Amazon in no way waives its right to challenge the Estate of Tonny Storey as a proper plaintiff in this action by filing this stipulated motion or its anticipated Motion to Dismiss the SAC.

STIPULATED MOTION AND ORDER
(No. 2:23-cv-01529-KKE)

1. On January 9, 2024, Plaintiff Tonny Storey ("Storey") field his First Amended Complaint ("FAC"), Dkt. 23. On February 9, 2024, Amazon filed its Motion to Dismiss the FAC (Dkt. 25), and on April 24, 2024, the Court heard oral argument.

2. On June 7, 2024, the Court granted Amazon's Motion to Dismiss the FAC, dismissing without prejudice Storey's CPA claim, and dismissing with prejudice the rest of Storey's claims, Dkt. 36.

3. On July 8, 2024, the Estate of Tonny Storey filed the SAC, Dkt. 39, and a Statement of Suggestion of Plaintiff's Death indicating that Tonny Storey had passed away, and that the Estate of Tonny Storey would file a Motion for Substitution under Rule 25(a)(1) to be substituted as plaintiff within ninety days, Dkt. 38.

4. Amazon's current deadline to respond to the SAC is July 22, 2024. *See* Rule 15(a)(3).

5. On July 15, 2024 and July 22, 2024, counsel for the parties engaged in telephone calls whereupon Amazon requested an extension to respond to the SAC approximately four weeks until August 23, 2024 to account for court appearances in other matters and previously scheduled vacations, and the parties agreed that the remaining briefing schedule for the anticipated Motion to Dismiss the SAC would also be extended.

6. The parties further conferred as to a stipulated briefing schedule for the anticipated Motion for Substitution, and agreed that for the convenience of the parties and the Court it would be preferable to have those motions presented on the same briefing schedule.

7. Accordingly, the parties stipulate and respectfully move the Court to enter an order extending the briefing schedule for Defendant's anticipated Motion to Dismiss the SAC as follows:

STIPULATED MOTION AND ORDER
(No. 2:23-cv-01529-KKE) –2

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Amazon's anticipated Motion to Dismiss the SAC | July 22, 2024 | August 23, 2024 |
| Deadline for the Estate of Tonny Storey's Opposition to Motion to Dismiss the SAC | August 12, 2024 | September 20, 2024 |
| Deadline for Defendant's Reply in Support of Motion to Dismiss the SAC | August 19, 2024 | October 11, 2024 |

8. The parties also stipulate to the following briefing schedule for the Estate of Tonny Storey's anticipated Motion for Substitution.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for the Estate of Tonny Storey's Motion for Substitution | October 7, 2024 | August 23, 2024 |
| Deadline for Amazon's Opposition to Motion for Substitution | October 22, 2024 | September 20, 2024 |
| Deadline for the Estate of Tonny Storey's Reply in Support of Motion for Substitution | October 28, 2024 | October 11, 2024 |

9. The requested extension and proposed briefing schedules will not impact any other previously scheduled dates in this matter.

STIPULATED MOTION AND ORDER
(No. 2:23-cv-01529-KKE) –3

1  DATED: July 22, 2024

2  By: s/ *Charles C. Sipos*
  Charles C. Sipos, Bar No. 32825
3    Ellie F. Chapman, Bar No. 55881
  **PERKINS COIE LLP**
4    1201 Third Avenue, Suite 4900
  Seattle, Washington 98101
5    Telephone: +1.206.359.8000
  Facsimile: +1.206.359.9000
6    CSipos@perkinscoie.com
  EChapman@perkinscoie.com

*Counsel for Defendant
Amazon.com Services LLC*

By: s/ *Scott D. Gilchrist*
  Scott D. Gilchrist (*pro hac vice*)
  Irwin B. Levin (*pro hac vice*)
  **COHEN & MALAD, LLP**
  One Indiana Square, Ste. 1400
  Indianapolis, IN 46204
  Telephone: +1.317.636.6481
  sgilchrist@cohenandmalad.com
  ilevin@cohenandmalad.com

  Adam J. Berger, Bar No. 20714
  Lindsay L. Halm, Bar No. 37141
  Lily Ramseyer, Bar No. 57012
  **SHROETER GOLDMARK & BENDER**
  401 Union Street, Ste. 3400
  Seattle, WA 98101
  Telephone: +1.206.622.8000
  berger@sgb-law.com
  halm@sgb-law.com
  ramseyer@sgb-law.com

*Counsel for Plaintiff
Tonny Storey*

STIPULATED MOTION AND ORDER
(No. 2:23-cv-01529-KKE) –4

**ORDER**

The Court GRANTS parties' stipulated motion. Dkt. No. 40.

Dated this 22nd day of July, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge
STIPULATED MOTION AND ORDER
(No. 2:23-cv-01529-KKE) –5