The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONNY STOREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | No. 2:23-CV-01529-KKE<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE ESTATE OF TONNY STOREY AS PLAINTIFF |

This matter comes before the Court on Plaintiff's unopposed motion to substitute the Estate of Tonny Storey as Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). Dkt. Nos. 42, 49. Having considered the parties' briefing and attachments thereto, and the records on file with the Court, the Court GRANTS Plaintiff's motion (Dkt. No. 42). The Estate of Tonny Storey may proceed as the party Plaintiff in this case.

DATED this 23rd day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1
(Case No. 2:23-CV-01529-KKE)