## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF TONNY STOREY,<br><br>     Plaintiff(s),<br> v.<br><br>AMAZON.COM SERVICES LLC,<br><br>     Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C23-1529-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 The Court GRANTS Defendant's motion to dismiss Plaintiff's complaint with prejudice.

 Dated March 21, 2025.

                Ravi Subramanian
                Clerk of Court

                */s/ Kathleen Albert*
                Deputy Clerk